JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DALGREN & COMPANY, INC.,

        Plaintiff,

  -against-           **RULE 7.1 STATEMENT**

M.V. "EILBEK", her engines, boilers, etc.,   07 CIV

  -and against-

LIBERTY CONTAINER LINE, INC.,

        Defendant.

-----------------------------------------------------------X

  Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

NONE

Dated: New York, New York
   October 9, 2007

                    William R. Connor III (WC-4631)

c:\documents and settings\etta\my documents\etta\wrconnor\64-07-863\rule 7-1 form 100907.doc