NOV 13 2007

CHAMBERS OF
JUDGE ROBERT P. PATTERSON

PATTERSON, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

DALGREN & COMPANY, INC.,

                             Plaintiff,

    -against-

M/V "EILBEK", her engines, boilers, etc.,

    -and against-

LIBERTY CONTAINER LINE, INC.,

                             Defendant.

-----------------------------------------------------------X

VOLUNTARY DISMISSAL

07 CIV 8771 (RPP)

The above-entitled action having been settled in the amount of $9,000.00 and there having been no appearance on behalf of defendant, NOW

On the annexed consent and on motion of McDERMOTT & RADZIK, LLP., attorneys for plaintiff, it is Stipulated,

That this action be and the same is hereby voluntarily discontinued, with prejudice without costs to any party as against any other party, without prejudice to reopen if funds are not received within 60 days from the date of this Order and pursuant to F.R.C.P. 41(a)(1).

Dated: New York, New York
       November 8, 2007

SO ORDERED:

_____
U.S.D.J.

**CONSENT:**

Consent is hereby given to the entry of the foregoing Order.

Dated: New York, New York
       November 8, 2007

                                  McDERMOTT & RADZIK, LLP
                                  Attorneys for Plaintiff

By: _____
       William R. Connor III (WC-4631)
       Wall Street Plaza
       88 Pine Street
       New York, New York 10005
       212-376-6400